UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAREN L. WHALLEY,
Plaintiff,

VS. ) C.A. NO. 1:25-cv-12882

TOWN OF PLYMOUTH, PLYMOUTH POLICE DEPARTMENT, CAPTAIN KEVIN MANUEL, PATROLMAN THOMAS DELAURA, ABIGAIL DUDLEY, individually and in their official capacities as Plymouth Police Staff, and PLYMOUTH PUBLIC SCHOOLS, LORI RUSH, MICHAEL BIFFAR, individually and in their official capacities as employees of the Plymouth Public Schools,
Defendants.

**JOINT STATEMENT MODIFYING DISCOVERY SCHEDULE**

Pursuant to local Rule 16.1(d), the parties submit the following modified schedule:

1. Defendants propose extending the deadline to respond to all written discovery from February 26, 2027 to March 30, 2027.

2. Defendants propose extending the deadline to conclude all non-expert depositions from April 30, 2027 to May 28, 2027.

3. The additional time requested is not intended to delay the proceedings.

4. Defendants' counsel has convened with Plaintiff's counsel who has no objection to this enlargement of time.

Respectfully submitted,

The Defendants,
TOWN OF PLYMOUTH,
PLYMOUTH POLICE DEPARTMENT,
PLYMOUTH PUBLIC SCHOOLS,
CAPTAIN KEVIN MANUEL,
PATROLMAN THOMAS DELAURA, and
LORI RUSH,
By their Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ Brian M. Fleming*

Adam Simms, BBO No. 632617
Brian M. Fleming, BBO No. 684858
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
asimms@piercedavis.com
bfleming@piercedavis.com

**ASSENTED TO:**

**KAREN L. WHALLEY**
By her attorney,

*/s/ Elizabeth M. Clague*
Elizabeth M. Clague, BBO No. 632341
Attorney At Law
The Franklin Building
1106 Main Street
Brockton, Massachusetts 02301
(508) 587-1191
Attyeclague@gmail.com

## CERTIFICATION

Above-signed counsel hereby certify they have discussed the matters addressed within in a conference pursuant to Local Rule 16.1.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on August 6, 2026.

*/s/ Brian M. Fleming*

______________________
Brian M. Fleming