UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN L. WHALLEY,<br>Plaintiff,<br><br>VS.<br><br>TOWN OF PLYMOUTH, PLYMOUTH POLICE DEPARTMENT, CAPTAIN KEVIN MANUEL, PATROLMAN THOMAS DELAURA, ABIGAIL DUDLEY, individually and in their official capacities as Plymouth Police Staff, and PLYMOUTH PUBLIC SCHOOLS, LORI RUSH, MICHAEL BIFFAR, individually and in their official capacities as employees of the Plymouth Public Schools,<br>Defendants. | C.A. NO. 1:25-cv-12882 |

## LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), the Defendants, the Town of Plymouth, Plymouth Police Department, Plymouth Public School (collectively the "Plymouth Defendants"), by and through Town Counsel Kate McKay, and counsel for the Defendants hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation;

(b) and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Plymouth Defendants
*by and through* its Town Manager
Derek Brindisi

*/s/ Brian M. Fleming*
Brian M. Fleming, BBO No. 684858
Adam Simms, BBO No. 632617
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
bfleming@piercedavis.com
asimms@piercedavis.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 25th day of September 2026.

/s/ *Brian M. Fleming*
Brian M. Fleming